Paul S. Chan - State Bar No. 183406
　　pchan@birdmarella.com
Emerson H. Kim - State Bar No. 285142
　　ekim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

JS-6

Attorneys for Yelete Group, Inc. and Zulily, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;, <br><br> Plaintiff, <br><br> vs. <br><br> YELETE GROUP, INC., a California Corporation; ZULILY, LLC, a Washington limited liablity company; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV16-07103 JFW (AGRx) <br><br> [~~PROPOSED~~] **XXXXXX** JUDGMENT <br><br> Assigned to Hon. John F. Walter |

3249888.3

[~~PROPOSED~~] **XXXXXX** JUDGMENT

On January 13, 2017, Defendants Yelete Group, Inc. and Zulily, LLC served an offer of judgment to Plaintiff Unicolors, Inc., in the total amount of $6,000.00, to resolve all claims alleged in Plaintiff's complaint, including all claims for recoverable costs of suit and attorney's fees. Plaintiff accepted the offer of judgment on January 24, 2017.

On January 30, 2017, Defendants filed their Notice of Offer of Judgment and Acceptance (FRCP 68).

Accordingly, IT IS HEREBY ADJUDGED that Plaintiff Unicolors, Inc. shall recover from Defendants Yelete Group, Inc. and Zulily, LLC, jointly and severally, the sum of $6,000.00, in full satisfaction of all claims alleged in Plaintiff's complaint, including all claims for recoverable costs of suit and attorney's fees.

DATED: February __17__, 2017

_____
Honorable John F. Walter
United States District Court Judge